IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAYO F. GARDNER,

      Appellant,

v.

ORANGE PARK MEDICAL
CENTER, INC., D/B/A
ORANGE PARK MEDICAL
CENTER, CARYN VORSTER,
RN., AND MICHELLE HALL,
RN,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1962

_____/

Opinion filed March 19, 2015.

An appeal from the Circuit Court for Clay County.
Dan Wilensky, Judge.

Mayo F. Gardner, pro se, Appellant.

Jenifer S. Worley and William T. Stone, Jr. of Saalfield Shad Stokes Inclan
Stoudemire & Stone, P.A., Jacksonville, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.